[Dogmuf] [Order Granting Motion for Payment Unclaimed Funds]

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION
## www.flmb.uscourts.gov

In re:  Case No. 8:09-bk-07455-KRM
Chapter 13

Angel Rafael Leal

Angela Maria Perez-Leal
_____Debtor*_____/

### ORDER GRANTING MOTION FOR PAYMENT OF UNCLAIMED FUNDS

THIS CASE came on for consideration, without a hearing, of the Motion for Payment of Unclaimed Funds (the "Motion"). The Motion was filed on February 17, 2015, by Dilks & Knopik, LLC on behalf of Sallie Mae Trust, successor in interest to Sallie Mae Trust. Having verified that the sum of $343.99 has been deposited in the Unclaimed Funds Registry of the Court, the Court finds that the Motion should be granted.

Accordingly it is

**ORDERED:**

1. The Motion is granted.

2. The Court's Financial Deputy shall prepare a payment voucher to be sent to the United States District Court in Orlando, Florida, for payment of the sum of $ 343.99 to:

Navient Solutions, Inc.
c/o Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065-9216

Dated: March 04, 2015

K. Rodney May
United States Bankruptcy Judge

Clerk's Office shall serve this Order on interested parties.

Original to Financial Administrator

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.